**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOVARTIS CORPORATION,       ) | |
| ) | |
| Plaintiff,       ) | |
| Counterclaim Defendant,       ) | |
| ) | C.A. No. 10-793 (GMS) |
| v.       ) | |
| ) | JURY TRIAL DEMANDED |
| WEBVENTION HOLDINGS LLC and       ) | |
| WEBVENTION LLC,       ) | |
| ) | |
| Defendants,       ) | |
| Counterclaim Plaintiff.       ) | |

## NOTICE OF CHANGE OF FIRM

Please take notice that Sean T. O'Kelly, Esq. has changed firms from the law firm of Cross & Simon, LLC to the law firm of O'Kelly & Ernst, LLC.  The law firm of Cross & Simon, LLC hereby withdraws its appearance as counsel for Defendants Webvention Holdings LLC and Webvention LLC in the above-captioned action.  Sean T. O'Kelly, Esq. and the law firm of O'Kelly & Ernst, LLC will continue to represent Defendants.

Dated:  June 22, 2011                                         **O'KELLY & ERNST, LLC**

/s/  Sean T. O'Kelly  _____
Sean T. O'Kelly (No. 4349)
1000 N. West Street, Suite 1200
Wilmington, DE  19801
(302) 295-4905
(302) 295-2873 facsimile
sokelly@oelegal.com
*Counsel for Defendants*