# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS CORPORATION,              )<br>                                                                 )<br>        Plaintiff/Counterclaim Defendant,  )<br>                                                                 )<br>  v.                                                           )<br>                                                                 )<br>WEBVENTION HOLDINGS LLC and  )<br>WEBVENTION LLC,                              )<br>                                                                 )<br>        Defendants/Counterclaim Plaintiffs.  ) | C.A. No. 10-793-GMS<br><br>**JURY TRIAL DEMANDED** |

## WITHDRAWAL OF MOTION TO STAY PENDING REEXAMINATION (D.I. 16)

PLEASE TAKE NOTICE that, in light of the recent completion of the reexamination proceedings of the patent-in-suit, Plaintiff/Counterclaim Defendant Novartis Corporation hereby withdraws its Motion to Stay Pending Reexamination, filed on June 6, 2011 (D.I. 16). In the event that a subsequent reexamination of the patent-in-suit is filed, Novartis may renew its Motion.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

| | |
|---|---|
| Alan M. Fisch<br>Coke Morgan Stewart<br>KAYE SCHOLER LLP<br>The McPherson Building<br>901 Fifteenth Street, N.W.<br>Washington, DC  20005-2327<br>Tel:  (202) 682-3500<br>alan.fisch@kayescholer.com<br>coke.stewart@kayescholer.com<br><br>Dated:  July 8, 2011<br>1019279 / 36065 | By: */s/ David E. Moore*<br>     Richard L. Horwitz (#2246)<br>     David E. Moore (#3983)<br>     Hercules Plaza, 6th Floor<br>     1313 N. Market Street<br>     Wilmington, DE  19899<br>     Tel:  (302) 984-6000<br>     rhorwitz@potteranderson.com<br>     dmoore@potteranderson.com<br><br>*Attorneys for Plaintiff/Counterclaim*<br>*Defendant Novartis Corporation* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on July 8, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on July 8, 2011, the attached document was electronically mailed to the following person(s):

Sean T. O'Kelly
Ryan M. Ernst
O'KELLY & ERNST, LLC
1000 N West Street, Suite 1200
Wilmington, Delaware  19801
sokelly@oelegal.com
rernst@oelegal.com

> */s/ David E. Moore*
> Richard L. Horwitz
> David E. Moore
> POTTER ANDERSON & CORROON LLP
> (302) 984-6000
> rhorwitz@potteranderson.com
> dmoore@potteranderson.com

1008839/36065